cjf9.10.18
PCM/BKM: USAO 2018R00396

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 SEP 11 PM 1:42

AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CRIMINAL NO. GLR-18-0466 |
| | * | |
| **DARIUS FOSTER,** | * | (Possession with the Intent to |
| | * | Distribute Controlled Substances, 21 |
| **Defendants** | * | U.S.C. § 841(a); Possession of a |
| | * | Firearm by in Furtherance of a Drug |
| | * | Trafficking Crime, 18 U.S.C. § |
| | * | 924(c)(1)(A); Felon in Possession of |
| | * | Firearm and Ammunition, 18 U.S.C. |
| | * | § 922(g);Forfeiture, 18 U.S.C. |
| | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Possess with Intent to Distribute)

The Grand Jury for the District of Maryland charges that:

On or about May 2, 2018, in the District of Maryland, the defendant,

**DARIUS FOSTER,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## COUNT TWO
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about May 2, 2018, in the District of Maryland, the defendant,

**DARIUS FOSTER,**

did knowingly possess a firearm, that is, a Taurus PT809C 9mm semi-automatic pistol with serial number TEY65522, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute cocaine and marijuana as charged in Count One of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## COUNT THREE
### (Felon in Possession of Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about May 2, 2018, in the District of Maryland, the defendant,

## DARIUS FOSTER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Taurus PT809C 9mm semi-automatic pistol with serial number TEY65522, and 18 rounds of 9mm ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendants,

**DARIUS FOSTER,**

shall forfeit to the United States the firearm involved in the commission of the offense, a Taurus PT809C 9mm semi-automatic pistol with serial number TEY65522 and 18 rounds of 9mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Robert K. Hur /peu
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

9·11·18
Date